IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

UNITED STATES OF AMERICA,             Case No. 2:75-cr-451 TJM

    Plaintiff,

 vs.

LYNETTE ALICE FROMME,             <u>NOTICE</u>

    Defendant.

_____/

As discussed at the special status conference on August 8, 2013, at 11:00 a.m., the court provides the following list of sealed items in possession of the Office of the Clerk of Court:

| Date | Number | Document Description |
|---|---|---|
| 9/18/1975 | 14(a) | Order Sealing Search Warrants |
| 9/23/1975 | 18 | Tape of Interview of Defendant Fromme by Dr. James Richmond |
| 9/23/1975 | 19 | 4244 Evidence |
| 11/7/1975 | 52 | Defendant Fromme's Motion for Issuance of Subpoena |
| 11/7/1975 | 53 | Defendant Fromme's Points and Authorities in Support Of Motion #52 |

| Date | Number | Document Description |
|---|---|---|
| 11/7/1975 | 54 | USA's Motion to Quash Subpoena #52 |
| 12/17/1975 | | Three mailings from Defendant Fromme |
| 4/7/1978 | | Video Tape of Deposition of President Ford |

DATED:  Dated:  August 8, 2013.

_____
UNITED STATES DISTRICT JUDGE