IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

UNITED STATES OF AMERICA,                                  Case No. 2:75-cr-451 TJM

        Plaintiff,

  vs.

LYNETTE ALICE FROMME,                                      <u>ORDER</u>

        Defendant.
_____/

        The court previously provided the United States, petitioner the Eastern District Historical Society, and intervenor *The Sacramento Bee* a list of sealed items in the possession of the Office of the Clerk of Court. (<u>See</u> ECF No. 84.) During the time provided for objections, intervenor objected to the court's tentative ruling (ECF No. 91) to not unseal documents 18 and 19, respectively, a recording of an interview of defendant by Dr. James Richmond and a written report based on the tape. (ECF No. 92.) The government has responded to intervenor's objection, and opposes unsealing of these two documents without a noticed hearing and the opportunity for the defendant herself to appear and respond. (ECF No. 95.)

        While the court previously indicated that without objection items would automatically be unsealed, the court issues this order to clarify that the following items are now unsealed:

| Date | Number | Document Description |
|---|---|---|
| 9/18/1975 | 14(a) | Order Sealing Search Warrants |

1

| Date | Number | Document Description |
|---|---|---|
| 11/7/1975 | 52 | Defendant Fromme's Motion for Issuance of Subpoena |
| 11/7/1975 | 53 | Defendant Fromme's Points and Authorities in Support Of Motion #52 |
| 11/7/1975 | 54 | USA's Motion to Quash Subpoena #52 |
| 12/17/1975 |  | Three mailings from Defendant Fromme |

Moreover, in light of the positions taken by intervenor and the government, the court will entertain a motion by intervenor to unseal documents 18 and 19, with a motion to be filed and set for hearing as provided by the court's local rules, *see* E.D. Cal. L.R. 230(b)–(d), and this court's standing order for civil cases available for viewing on the court's website.

IT IS SO ORDERED.

DATED: September 20, 2013.

_____
UNITED STATES DISTRICT JUDGE