IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                              Case No. 2:75-cr-451 TJM

        Plaintiff,

  vs.

LYNETTE ALICE FROMME,                                  <u>ORDER</u>

        Defendant.
_____/

        In a prior order, the court granted in part intervenor's motion to unseal the audio recording of psychiatrist Dr. James Richmond's competency interview of defendant. (ECF No. 105.) In that order, the court explained that it would conduct an *in camera* review of this item, and afterwards, notify the parties and make available any unredacted portions of the audiotape interview. This order unseals in its entirety the audio recording of the psychiatrist's interview for the reasons set forth below.

        The court has reviewed *in camera* the audio recording of Dr. Richmond's interview of defendant, concerning defendant's competency to stand trial and to represent herself. The court scrutinized the recording through the lens of the Ninth Circuit's decision in *United States v. Kaczysnki*, 154 F.3d 930 (9th Cir. 1998), in which the Ninth Circuit affirmed the trial court's decision to unseal a psychiatrist's report and to redact specific portions of that report. The trial court in *Kaczynski* was affirmed for appropriately exercising its discretion to "balance[e] the competing interests" of defendant's privacy and the public's right of access. *Id.* at 932. That court redacted those portions of

1

1 the report that contained "either private information" or had "the potential to embarrass a person not
2 before the court." *Id.*  The court unsealed the rest of the report, finding that, as to the unredacted portion
3 of the report, "the media's need for disclosure outweighed Kaczynski's privacy interests." *Id.*

4 In this case, given the contents of the audio recording and the applicable law, the court
5 finds no need to redact portions of the recording.  Unlike the redactions in *Kaczynski*, there is no
6 discussion of "private information" or information that has "the potential to embarrass a person not
7 before the court." *Id.*  Instead, the recording exclusively explores, through Dr. Richmond's questioning,
8 defendant's background, demeanor, and mental state and explores defendant's motivation, desire, and
9 ability to represent herself.  Dr. Richmond reviews these issues for the purpose of determining whether
10 defendant was competent to stand trial and represent herself, if she wished.  Thus, the court finds
11 unsealing the entire report "serve[s] the ends of justice by informing the public about the court's
12 competency determination." *Id.* at 931.

13 For the reasons set forth above, the audiocassette tape of defendant's interview with Dr.
14 James Richmond is UNSEALED.  The Clerk of Court is directed to make the tape available to the
15 public.

16 IT IS SO ORDERED.

17 DATED: April 16, 2014.

_____
UNITED STATES DISTRICT JUDGE